**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1573

BRANDON WATSON,

Plaintiff – Appellant,

v.

CITY OF ABERDEEN; ABERDEEN POLICE DEPARTMENT; PFC. RAUL
FOSMARK; DETECTIVE JOHN DIVEL; CPL. CRAIG GENTILE; HARRY
FREDRICK BUDNICK; OFFICER THADDEUS TOMLINSON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James K. Bredar, District Judge.
(1:15-cv-00307-JKB)

Submitted:  November 18, 2016      Decided:  November 29, 2016

Before MOTZ, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay Fred Cohen, LAW OFFICES OF JAY FRED COHEN, Baltimore,
Maryland, for Appellant. Daniel Karp, KARPINSKI, COLARESI &
KARP, P.A., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Watson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Watson v. Aberdeen, No. 1:15-cv-00307-JKB (D. Md. Apr. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2